Magistrate Judge Theiler

```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

           JUL 20 2011
            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEGAN ILEEN MARIE FLEMING,

    Defendant.

NO. CR11-0215JLR

MOTION FOR DETENTION ORDER

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___ Crime with a maximum sentence of life imprisonment or death

    ___ Drug offense with a maximum sentence of ten years or more

    ___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

    ___ Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
ORDER/FLEMING - 1
CR11-0215JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | — | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 2 | | |
| 3 | — | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 4 | | |
| 5 | X | Serious risk the defendant will flee |
| 6 | — | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    X    Defendant's appearance as required

    X    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    ___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

    ___    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    ___    Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

    ___    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

//
//
//
//
//

MOTION FOR DETENTION
ORDER/FLEMING - 2
CR11-0215JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

4.      Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

        ___     At the initial appearance

        _X_     After continuance of __3__ days (not more than 3)

        5.      Other matters


DATED this __20th__ day of __July__, 2011.

                                Respectfully submitted,

                                JENNY A. DURKAN
                                United States Attorney

                                /s/ Steven T. Masada
                                _____
                                STEVEN T. MASADA
                                Assistant United States Attorney

MOTION FOR DETENTION
ORDER/FLEMING - 3
CR11-0215JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970