UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MEGAN ILEEN MARIE FLEMING, <br><br> Defendant. | Case No. CR11-215-JLR <br><br> **DETENTION ORDER** |

Defendant is charged with conspiracy to utter counterfeit obligations or securities and uttering counterfeit obligations or securities. On February 7, 2012 she appeared for a status hearing and to address allegations she violated conditions of release by using drugs and not participating in drug treatment.

Defendant admitted the violations and also tested positive for drug use today. As a result, the Court revoked her order of release and ordered her detained pending disposition in this case. Based on defendant's violations of her appearance bond, the Court finds there are no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending her sentencing and committed to the custody

DETENTION ORDER - 1

of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of February, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2